DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 176P11-3 | State v. Floyd Calvin Cody | 1. Def's *Pro Se* Motion for New Trial for Newly Discovered Evidence | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion and Motion Inquiry about Time Limitations for 28 USC § 2254 | 2. Dismissed |
| | | 3. Def's *Pro Se* Motion for Petition and Request for Discovery Materials | 3. Dismissed |
| 192P12 | Robert S. Clements v. Donna G. Clements, by and through Lawrence S. Craige and LaVaughn Nesmith, Director of the New Hanover County Department of Social Services | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1323) | Denied |
| 211P10 | State v. Thomas Lee Brennan | 1. State's Motion for Temporary Stay (COA09-1362) | 1. Allowed **05/21/10;** Dissolved the Stay **10/04/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. Dismissed *Ex Mero Motu* |
| | | 4. State's Alternative PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Def's Motion to Deem Response in Opposition to the State's PDR Timely Filed | 5. Allowed |
| 234P12-2 | State v. Titus Lamont Batts | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **09/12/12** |
| 235P10 | State v. John Edward Brewington | 1. State's Motion for Temporary Stay (COA09-956) | 1. Allowed **06/04/10** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. State's Alternative PDR | 4. Allowed |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |